# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA
### WHEELING DIVISION

| | |
|---|---|
| IN RE: MONITRONICS INTERNATIONAL, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | No. 1:13-md-02493-JPB-MJA |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

x  other: In accordance with the Court's Final Approval Order and Judgment of June 12, 2018 (Doc. 1214), the Class Action Settlement is approved, the parties are ordered to perform their obligations under the Settlement Agreement, the Court dismisses Plaintiffs' claims against Monitronics with prejudice and without costs (except as otherwise provided in the Final Approval Order and Judgment and in the Settlement Agreement), the Releasing Parties are forever barred and permanently enjoined as setforth in the Final Approval Order and Judgment, and all other terms, conditions, and requirements of said order are incorporated herein.

This action was *(check one)*:

x decided by Judge Bailey on a motion for Final Approval of Class Action Settlement (Doc. 1177).

Date: July 2, 2018

*CLERK OF COURT*
Cheryl Dean Riley

/s/ K.A. Criswell, Deputy Clerk
*Signature of Clerk or Deputy Clerk*